# KEVIN T. CONWAY, ESQ.
### ATTORNEY AT LAW
### LICENSED IN
### N.Y., N.J., CT.

| | |
|---|---|
| 80 Red Schoolhouse Road, Suite 110 | c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC |
| Spring Valley, NY 10977 | 500 Frank W. Burr Blvd., Ste. 31 |
| Tel: (845) 352-0206 | Teaneck, NJ 07666 |
| Fax: (845) 352-0481 | Tel: (201) 928-1100 |

February 24, 2019

The Honorable Judge Joanna Seybert
United States District Court
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

> Re: **2:19-cv-00952-JS-SIL Plaintiff's Letter Requesting to Close Case**
> ***Malibu Media, LLC v. John Doe***

Dear Judge Seybert:

Plaintiff's counsel wishes to advise this Honorable Court that the above-referenced case was filed in error, as a duplicate, and Plaintiff is herein requesting it to be closed. We apologize for any inconvenience.

Dated: February 24, 2019

                Respectfully submitted,

By:    /s/ *Kevin T. Conway*
           Kevin T. Conway, Esq. (KC-3347)
           80 Red Schoolhouse Road, Suite 110
           Spring Valley, New York 10977-6201
           T: 845-352-0206
           F: 845-352-0481
           E-mail: ktcmalibu@gmail.com
           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*